UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | Criminal No. 21-0123 (PLF) |
| | ) | |
| VITALI GOSSJANKOWSKI, | ) | |
| | ) | |
| Defendant. | ) | |

MEMORANDUM OPINION AND ORDER

On September 9, 2022, defendant Vitali GossJankowski filed a Motion to

Suppress Statements. See Motion to Suppress Statements ("Mot.") [Dkt. No. 66]. The

government filed a response on September 23, 2022, see United States' Response in Opposition

to Defendant Vitali GossJankowski's Motion to Suppress Statements [Dkt. No. 78], and

Mr. GossJankowski filed a reply on September 30, 2022. See Reply in Support of Motion to

Suppress Statements ("Reply") [Dkt. No. 82]. The Court heard testimony on this motion at an

evidentiary hearing on January 11, 2023 and oral argument at a hearing on January 17, 2023.

Mr. GossJankowski's motion sought to suppress at trial statements that he made

to law enforcement officers on January 14, January 17, and January 18, 2021 on the grounds that

these statements were "made involuntarily and obtained in violation of the Fifth Amendment of

the U.S. Constitution and Miranda v. Arizona, 384 U.S. 436 (1966)." Mot. at 1.

Mr. GossJankowski argued that his statements to law enforcement officers on January 14 and

January 17, 2021 were not voluntary and were obtained in violation of Miranda because he was

"not adequately apprised of his right against self-incrimination and his right to counsel prior to

undergoing custodial interrogation." Id. at 2-3, 5. In addition, he argued that his statements to

law enforcement officers after he was arrested on January 18, 2021 were obtained in violation of Miranda because officers continued to question him after he purportedly invoked his right to counsel. See Reply at 6-7. Among other things, the Court found that Mr. GossJankowski was not in custody on January 14 and January 17 and that he had not unambiguously invoked his right to counsel on January 18. For the reasons stated on the record in open court at the January 17, 2023 hearing, the Court denied Mr. GossJankowski's motion in its entirety. Accordingly, it is hereby

ORDERED that Mr. GossJankowski's Motion to Suppress Statements [Dkt. No. 66] is DENIED.

SO ORDERED.

PAUL L. FRIEDMAN
United States District Judge

DATE: 1 | 18 | 23

2